No. 01–7899.  GADSON, AKA STEVENSON *v.* UNITED STATES. C. A. 4th Cir.  Certiorari denied.

No. 01–7901.  HOLLIS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–7904.  GOMEZ-SOTELO *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 01–7905.  SALGADO PACHECO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–7907.  GUZMAN *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–7908.  FERNANDEZ *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–7914.  AGUILAR-AVELLANEDA *v.* UNITED STATES. C. A. 11th Cir.  Certiorari denied.

No. 01–7919.  ANDREW *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–7928.  NEAL *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–7931.  HORTON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 01–7932.  MEGGS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–7935.  BURTON *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 01–7936.  BUSH *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–7938.  SHUFORD *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–7944.  CLARK *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–7947.  DURKE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.